Opinion issued November 10, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court
of Appeals

For The

First District
of Texas

————————————

NO. 01-10-00866-CV

———————————

AMERICAN
INTERNATIONAL GROUP, INC. AND AMERICAN GENERAL LIFE INSURANCE COMPANY,
Appellants

V.

KAY DOBBS, AS TRUSTEE ON BEHALF OF
THE JEFFREY P. DOBBS IRREVOCABLE TRUST, AND PROSTAFF, INC., Appellees



 



 

On Appeal from the 334th District Court 

Harris County, Texas



Trial
Court Cause No. 0918289

 



 

MEMORANDUM
OPINION

 

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Sharp.